UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

07 CV 5920 PRO SE

Davis v. Farrell

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/07 AL

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 5920 (BSJ)(DFE)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

\_\_ Settlement*

\_\_ Inquest After Default/Damages Hearing

\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

✓ Habeas Corpus

\_\_ Social Security

\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

All such motions: _____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  New York, New York
              8/6/07

/s/ _____
United States District Judge