USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RICHARD DAVIS,

              Petitioner,        07 Civ. 5920 (BSJ)(DFE)

   -against-                 This is not an ECF case

JAMES FARRELL,                  MEMORANDUM AND ORDER
Acting Superintendent,

              Respondent.
------------------------------------x

DOUGLAS F. EATON, United States Magistrate Judge.

    On April 14, 2008, Assistant Attorney General ("AAG") Jodi A. Danzig served (a) Respondent's Memorandum of Law, and (b) her Declaration, which annexed the appellate briefs and noted at ¶ 4 that her office was attempting to obtain the trial transcript from Mr. Davis's appellate counsel.

    By letter dated April 17, 2008, Mr. Davis requested an extension of time to July 14, 2008 to (1) file his reply papers, and (2) copy the trial transcript so that he could provide it to the Court and to AAG Danzig. At the time Mr. Davis wrote his request, he did not know that AAG Danzig did obtain the transcript; she filed the transcript with our Court on April 15. See Docket Item # 10.

    In any event, I grant Mr. Davis an extension of time to July 14, 2008 to serve and file his reply papers. There is no need for him to provide either the Court or AAG Danzig with copies of the trial transcript.

                                _____
                                DOUGLAS F. EATON
                                United States Magistrate Judge
                                500 Pearl Street, Room 1360
                                New York, New York 10007
                                Telephone: (212) 805-6175
                                Fax: (212) 805-6181

Dated:   New York, New York
          April 28, 2008

USDC SDNY
DATE SCANNED 4/28/08

Copies of this Memorandum and Order were mailed on this date to:

Mr. Richard Davis
04-A-1735
Wallkill Correctional Facility
Route 208, Box G
Wallkill, NY 12589-0286
(with a copy of the Docket sheet)

Jodi A. Danzig, Esq.
Attorney General's Office
for the State of New York
120 Broadway
New York, NY 10271

Hon. Barbara S. Jones